UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JON PATRICK KITTLE,

    Plaintiff,

File No. 2:11-cv-97

v.

HON. ROBERT HOLMES BELL

DR. HARRIET SQUIER, et al.,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 16, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the motions for summary judgment filed by Defendants Stieve and Squier (Dkt. Nos. 10, 14) be granted and that defendants Stieve and Squier be dismissed from this action without prejudice for failure to exhaust grievance remedies. (Dkt. No. 75.) Although an extension of time to file objections was granted (Dkt. No. 79), no objections have been filed, and the extended deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the February 16, 2012, R&R (Dkt. No. 75) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment filed by Defendants Stieve and Squier (Dkt. Nos. 10, 14) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Stieve and Squier are **DISMISSED** for failure to exhaust administrative remedies

Dated: March 20, 2012 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE