UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JON PATRICK KITTLE,

    Plaintiff,

                                  File No. 2:11-CV-97

v.

                                  HON. ROBERT HOLMES BELL

DR. HARRIET SQUIER, et al.,

    Defendants.
                               /

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

On August 22, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the motion to dismiss filed by Defendants Rae Ann Brand, Timothy Stallman, and Padmaja Vemuri (Dkt. No. 50) be denied and that the motion to stay pre-trial proceedings (Dkt. No. 64) also be denied. (Dkt. No. 89.)

No objection has been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the August 22, 2012, R&R (Dkt. No. 89) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendants Brand, Stallman, and Vemuri (Dkt. No.50) is **DENIED.**

**IT IS FURTHER ORDERED** that the motion to stay pretrial proceedings (Dkt. No.64) is **DENIED.**

Dated: September 12, 2012              /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE